IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEXO ABC/AGC, INC., *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br>   Defendants. | Civil Action No. 3:16-cv-1998 |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS

To the Clerk of Court and all parties of record:

Please take notice that Spencer E. Amdur, Trial Attorney, Federal Programs Branch, Civil Division, United States Department of Justice, hereby enters his appearance as counsel of record for Defendant in the above-captioned matter.

Dated: July 15, 2016            Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOHN R. PARKER
United States Attorney

JUDRY L. SUBAR
Assistant Director, Federal Programs Branch

  */s/ Spencer E. Amdur*
SPENCER E. AMDUR (PA Bar # 322007)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-7420
Facsimile: (202) 616-8470

Spencer.Amdur@usdoj.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Motion was filed electronically through the Northern District of Texas Electronic Filing System. Notice of this filing will be sent by operation of the court's Electronic Filing System to all registered users in this case. All counsel to have filed a notice of appearance are registered users.

    */s/ Spencer E. Amdur*
SPENCER E. AMDUR (PA Bar # 322007)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-7420
Facsimile: (202) 616-8470
Spencer.Amdur@usdoj.gov

*Counsel for Defendants*