IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEXO ABC/AGC, INC.; ASSOCIATED BUILDERS AND CONTRACTORS, INC.; NATIONAL ASSOCIATION OF MANUFACTURERS; AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS; GREAT AMERICAN INSURANCE COMPANY; ATLANTIC PRECAST CONCRETE, INC.; OWEN STEEL COMPANY; and OXFORD PROPERTY MANAGEMENT, LLC;<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor; DAVID MICHAELS, Assistant Secretary of Labor, Occupational Safety and Health Administration; and OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, United States Department of Labor,<br><br>    Defendants. | Civil Action No. 3:16-cv-1998 |

**DEFENDANTS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants Thomas E. Perez, David Michaels, and the Occupational Safety and Health Administration respectfully move this Court to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). Alternatively, Defendants move the Court to grant them summary judgment as to all of Plaintiffs' claims pursuant to Federal Rule of Civil Procedure 56. The grounds for the instant motion are set forth in Defendants' accompanying memorandum. *See* L.R. 56.3(b); L.R. 56.5(a).

1

Dated: January 18, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOHN R. PARKER
United States Attorney

JUDRY L. SUBAR
Assistant Director, Federal Programs Branch

  /s/ Spencer E. Amdur
SPENCER E. AMDUR (PA Bar # 322007)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-7420
Facsimile: (202) 616-8470

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2016, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    /s/ Spencer E. Amdur
    SPENCER E. AMDUR