IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TEXO ABC/AGC, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THOMAS E. PEREZ, SECRETARY ) <br> OF LABOR, UNITED STATES ) <br> DEPARTMENT OF LABOR, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No.: 3:16-CV-1998-L |

**MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24, the American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO") and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC ("USW") (collectively, "Union Intervenors") hereby move to intervene in the above-captioned case as of right under Fed. R. Civ. P. 24(a)(2) or, in the alternative, by leave of Court pursuant to Fed. R. Civ. P. 24(b). The grounds for this motion to intervene are set forth in the brief filed herewith.

Date: February 27, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　  s/Jeremiah A. Collins
　　　　　　　　　　　　　　　　　　　　JEREMIAH A. COLLINS*
　　　　　　　　　　　　　　　　　　　　DC Bar No.  241935
　　　　　　　　　　　　　　　　　　　　THOMAS W. PEREZ-LOPEZ*
　　　　　　　　　　　　　　　　　　　　DC Bar No.  1019172
　　　　　　　　　　　　　　　　　　　　Bredhoff & Kaiser, P.L.L.C.
　　　　　　　　　　　　　　　　　　　　805 Fifteenth St NW, Suite 1000
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　Tel. (202) 842-2600
　　　　　　　　　　　　　　　　　　　　Fax: (202) 842-1888
　　　　　　　　　　　　　　　　　　　　E-mail:  jcollins@bredhoff.com
　　　　　　　　　　　　　　　　　　　　tplopez@bredhoff.com


　　　　　　　　　　　　　　　　　　　　RANDY S. RABINOWITZ*
　　　　　　　　　　　　　　　　　　　　DC Bar No.  335935
　　　　　　　　　　　　　　　　　　　　OSH Law Project, LLC
　　　　　　　　　　　　　　　　　　　　P.O. Box 3769
　　　　　　　　　　　　　　　　　　　　Washington, DC  20027
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 256-4080
　　　　　　　　　　　　　　　　　　　　E-mail:  randy@oshlaw.org

　　　　　　　　　　　　　　　　　　　　  s/Sanford R. Denison
　　　　　　　　　　　　　　　　　　　　SANFORD R. DENISON
　　　　　　　　　　　　　　　　　　　　TX Bar No. 05655560
　　　　　　　　　　　　　　　　　　　　Baab & Denison, LLP
　　　　　　　　　　　　　　　　　　　　6301 Gaston Avenue, Suite 550
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75214
　　　　　　　　　　　　　　　　　　　　Tel.: (214) 637-0750
　　　　　　　　　　　　　　　　　　　　Fax: (214) 637-0730
　　　　　　　　　　　　　　　　　　　　E-mail: denison@baabdenison.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Movants*
　　　　　　　　　　　　　　　　　　　　*for Intervention AFL-CIO and USW*

*Application for Admission
　*Pro Hac Vice* to be Filed

## CERTIFICATE OF CONFERENCE

On February 22, 2016 Randy Rabinowitz, counsel for movants, conferred by e-mail with Steven R. McCown, counsel for Plaintiffs, to determine whether Plaintiffs oppose this motion. Mr. McCown advised that he would confer with his clients and respond to Movants, but as of Monday, February 27, Movants have not received a response. Ms. Rabinowitz also conferred with Louise Betts, an attorney at the U.S. Department of Labor, working with Michael Hendry Baer, counsel for Defendants, who advised that Defendants oppose intervention as of right but take no position with respect to permissive intervention.

                               s/ Randy Rabinowitz
                               RANDY RABINOWITZ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of February, 2017, the above and foregoing document was served on all counsel of record electronically or by other means authorized by Federal Rule of Civil Procedure 5(b)(2).

                               s/Sanford R. Denison
                               SANFORD R. DENISON