IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TEXO ABC/AGC, INC.,** *et al.*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:16-CV-1998-L** |
| **OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION United States Department of Labor,** *et al.*, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is Defendants' Unopposed Motion to Stay Proceedings, filed June 29, 2017. Defendants ("the Government") seek to stay proceedings so that the Occupational Safety and Health Administration ("OSHA") can determine whether to reconsider, revise, or remove portions of the rule at issue in this case. The court is not opposed to the relief sought by the Defendants; however, rather than stay the action, the court will administratively close it. The age of a case continues to accrue if it is merely stayed. The stay, as requested, is indefinite. On the other hand, if the action is administratively closed, the time is tolled, and the case does not age. Accordingly, the court determines that this case should be, and is hereby, **administratively closed**. The United States District Clerk is hereby **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 30th day of June, 2017.

Sam A. Lindsay
United States District Judge

**Order – Page 2**